IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **REBECCA BYERS,** | ) |
| | ) Case No. 23-cv-2899-JPG |
| | ) CJRA Track: B |
| Plaintiff, | ) Mandatory Mediation: Yes |
| | ) Final Pretrial Conf: 10/9/2024 |
| vs. | ) Jury Trial: 10/28/2024 |
| | ) Judge: J. Phil Gilbert |
| **WARE BRANDS, INC.,** | ) |
| | ) |
| | ) |
| Defendant. | ) |

## SCHEDULING AND DISCOVERY ORDER

**GILBERT, District Judge:**

Depositions upon oral examination, interrogatories, request for documents, and answers and responses thereto shall not be filed unless on Order of the Court. Disclosures or discovery under Rule 26(a) of the Federal Rules of Civil Procedure are to be filed with the Court only to the extent required by the final pretrial order, other order of the Court, or if a dispute arises over the disclosure or discovery.

Having reviewed the Report of the Parties and finding that the parties have complied with the requirements of Federal Rule of Civil Procedure 26(f) and SDIL-LR 16.2(a), the Court hereby approves and enters the Proposed Scheduling and Discovery Order as submitted by the parties/as modified at the Pretrial Scheduling and Discovery Conference.

A Final Pretrial Conference is scheduled for 10/9/2024 at 9:00 a.m. with a Jury Trial date of 10/28/2024 at 9:00 a.m. before the Honorable J. Phil Gilbert in Benton, IL.

IT IS SO ORDERED.

DATED: 10/25/2023

/s/ *J. Phil Gilbert*
J. Phil Gilbert
United States District Judge