1328-900
BMS/tlp

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON DIVISION

| | |
|---|---|
| REBECCA BYERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:23-cv-02899 |
| | ) |
| WARE BRANDS, INC., | ) |
| | ) |
| Defendant. | ) |

**<u>DEFENDANT'S MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY</u>**

NOW COMES the Defendant, WARE BRANDS, INC., by Brian M. Smith of Heyl, Royster, Voelker & Allen, PC, its attorneys, and for its Motion for Extension of Time to Complete Discovery, states as follows:

1. On October 25, 2023, a Scheduling and Discovery Order was entered by the Court. (d/e #14).

2. In that Order, the deadline for the parties to propound written discovery was set for December 1, 2023.

3. On November 7, 2023, Plaintiff's counsel served written discovery on Defendant, making responses due on December 7, 2023.

4. The Defendant has diligently been working on responses to Plaintiff's discovery, however, needs additional time and hereby requests a 14-day extension, up to and including December 21, 2023, to complete written discovery.

5. The undersigned does not anticipate that the remaining Scheduling and Discovery Order will need to be altered at this time.

6. The undersigned has consulted with counsel for the Plaintiff, Chad Eisenback, who has no objection to this motion and the proposed extension of time.

7.  This motion is not made for the purpose of undue delay, but is in good faith.

8.  No party will be prejudiced by an extension of time.

WHEREFORE, for the above and foregoing reasons, the Defendant, WARE BRANDS, INC., respectfully requests this Honorable Court enter an Order granting the above Motion for Extension of Time to Complete Discovery, that the deadline for the close of discovery be extended 14 days, up to and including December 21, 2023, together with such other relief as this Court deems appropriate and just under the circumstances.

Respectfully submitted,

WARE BRANDS, INC., Defendant

BY: /s/ Brian M. Smith
HEYL, ROYSTER, VOELKER & ALLEN, P.C.
ARDC #: 6293822
301 North Neil Street, Suite 505
Champaign, IL  61820
Telephone  217.344.0060
Email: bsmith@heylroyster.com

PROOF OF SERVICE

      I hereby certify that on December 1, 2023, I electronically filed the foregoing **DEFENDANT'S MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY**, with the Clerk of the Court using the CM/ECF system, which will send notification to:

Chad W. Eisenback, Esq.
Mohammed O. Badwan, Esq.
Sulaiman Law Group, Ltd.
2500 S. Highland Ave., Suite 200
Lombard, IL 60148
Email: ceisenback@sulaimanlaw.com; mbadwan@sulaimanlaw.com

      I also hereby certify that I have mailed, by United States Postal Service, the foregoing to the following non-CM/ECF participant:  None.

                                                    s/ Brian M. Smith
                                                  Heyl, Royster, Voelker & Allen

43791592_1