IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

REBECCA BYERS,

Plaintiff,

v.

WARE BRANDS, INC.,

Defendant.

Case No. 23-cv-2899 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: 3/27/2024**          MONICA A. STUMP, Clerk of Court

                              *s/ Tina Gray, Deputy Clerk*

**Approved:**    *s/J. Phil Gilbert*
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**